(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Western District of New York | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Weeks, Leonard Frank** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Weeks, Phyllis Elaine** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**DBA Partners in Overlook Perennial Gardens** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**DBA Partner in Overlook Perennial Gardens** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**xxx-xx-2662** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**xxx-xx-8441** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**8817 County Route 76**<br>**Hammondsport, NY 14840** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**8817 County Route 76**<br>**Hammondsport, NY 14840** |
| County of Residence or of the Principal Place of Business: **Steuben** | County of Residence or of the Principal Place of Business: **Steuben** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | ☐ Clearing Bank | | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☐ Consumer/Non-Business | ■ Business | ■ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)  —  THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over | | |
|---|---|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | | |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Weeks, Leonard Frank**
**Weeks, Phyllis Elaine**

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    **/s/ Leonard Frank Weeks**
Signature of Debtor **Leonard Frank Weeks**

X    **/s/ Phyllis Elaine Weeks**
Signature of Joint Debtor **Phyllis Elaine Weeks**

_____
Telephone Number (If not represented by attorney)

**October 12, 2005**
Date

**Signature of Attorney**

X    **/s/ David H. Ealy**
Signature of Attorney for Debtor(s)
**David H. Ealy 2020832**
Printed Name of Attorney for Debtor(s)
**TREVETT, LENWEAVER & SALZER, P.C.**
Firm Name
**Two State Street
Suite 1000
Rochester, NY 14614**
Address
**(585) 454-2181  Fax: (585) 454-4026**
Telephone Number
**October 12, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X_____
Signature of Attorney for Debtor(s)        Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:


If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X_____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

AMERICAN EXPRESS
P.O. Box 7871
Fort Lauderdale, FL 33329


AT&T UNIVERSAL CARD SERVICES CORP.
8787 Baypine Road
Jacksonville, FL 32256-8528


BANK OF AMERICA
P.O. Box 2464
Spokane, WA 99210-2463


BANK OF AMERICA
820 Silver Lake Blvd.
Dover, DE 19904-2464


BANK OF AMERICA
P.O. Box 7047
Dover, DE 19903-7047


CAPITAL ONE BANK
P.O. Box 85520
Internal Zip 12030-016
Richmond, VA 23285-5520


CAPITAL ONE SERVICES, INC.
1957 Westmoreland Road
Richmond, VA 23276-5617


CBUSASEARS
13220 Smith Road
Cleveland, OH 44130


CHASE BANK, USA, N.A.
800 Brooksedge Blvd.
Westerville, OH 43081-2895


COMMUNITY BANK, N.A.
P.O. Box 628
Olean, NY 14760-0628


DELL FINANCIAL SERVICES
3500 Wadley PL, Bldg. A
Austin, TX 78728-1244

ENCORE RECEIVABLE MANAGEMENT, INC.
P.O. Box 3330
Olathe, KS 66063-3330


HSBC BANK NV
961 N. Weigel Avenue
Elmhurst, IL 60126-1058


J.P. MORGAN CHASE BANK
Attn: Bankruptcy Unit
Mailstop H1-4
100 Duffy Ave.
Hicksville, NY 11801-3639


WASHINGTON MUTUAL HOME LOANS, INC.
11200 W. Parkland Ave.
P.O. Box 3139
Milwaukee, WI 53201-3139


WESTGATE RESORTS
2801 Professional Parkway
Ocoee, FL 34761-0846